DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE HERMAN LAW GROUP, P.A.,**
Appellant,

v.

**RACHEL S. HAGE,** et. al.,
Appellees.

No. 4D2024-3050

[February 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 062013CA020931AXXXCE.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Christopher W. Royer and Kelley B. Stewart of Krupnick Campbell Malone Buser Slama Hancock, P.A., Fort Lauderdale for appellee Rachel S. Hage.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***